Receipt # 7860
$.49
2/3/11

# GORDON & SCHAAL, LLP
## ATTORNEYS AT LAW
### 1039 MONROE AVENUE
### ROCHESTER, NEW YORK 14620

Telephone (585-244-1070
Facsimile (585-244-1085

February 1, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
1400 United States Courthouse
100 State Street
Rochester, New York 14614

    Re:   (Case Name)Christine Vieira/Case # 09-22146
           Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $.49. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    ____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    ✓ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant   Highland Hospital      Amount $ .49      Claims Register #9

Kenneth W. Gordon
Chapter 7 Trustee

